In the Matter of BESSIE ALEXANDER et al., Appellants, v CITY OF BUFFALO et al., Respondents. [957 NYS2d 925]

Present—Centra, J.P., Fahey, Valentino and Martoche, JJ.